IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TECHINOMICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 16-1859 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| FOREST POWER & ENERGY HOLDING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On May 11, 2017, the Magistrate Judge issued a Report (Doc. 12) recommending that that Plaintiff's Motion to Dismiss Counterclaims (Doc. 8) be denied. Service of the Report and Recommendation was made, and Plaintiff has filed Objections. *See* Doc. 13.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, the following Order is entered:

Plaintiff's Motion to Dismiss Counterclaims (**Doc. 8**) is **DENIED**, and the Report and Recommendation hereby is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

June 9, 2017                                                          s\Cathy Bissoon
                                                                                          Cathy Bissoon
                                                                                          United States District Judge

cc (via ECF email notification):

All counsel of record